# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL STEVENSON GILLESPIE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:14-cv-01327-RFB-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered December 4, 2014.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by December 21, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that Plaintiff's (ECF No. 3) Complaint be DISMISSED.

. . .

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is **ACCEPTED and ADOPTED in full**. Plaintiff's (ECF No. 3) Complaint be DISMISSED.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and Recommendation and Order to Defendant Joel Stevenson Gillespie, 9501 Sahara Avenue., Apt 1279, Las Vegas, NV 89117.

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 17th day of February, 2015.

_____
RICHARD F. BOULWARE, II.
United States District Court Judge